UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MATTHEW JACOBI STEWART #596832,

    Plaintiff,

v.

                                  Case No. 2:25-cv-33

SARAH SCHROEDER, et al.,                  HONORABLE PAUL L. MALONEY

    Defendants.
_____ /

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 29, 2025, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 15) is GRANTED IN PART AND DENIED IN PART. Specifically,

1. The motion is granted with respect to Defendants Schroeder, Suvanto, Grant, Dow, Wright and Hacker. These Defendants are DISMISSED without prejudice; and

2. The motion is denied as to Defendants Arsenault and Peterson. Plaintiff's Eighth Amendment claim against these Defendants remains pending.

Dated: December 4, 2025                              /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge